

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-17-00311-CV

IN THE GUARDIANSHIP OF CHRISTINA MARIE CRUCE,
AN INCAPACITATED PERSON

On Appeal from the County Court at Law No. 3
Lubbock County, Texas
Trial Court No. 2012-784,676, Honorable Judy Parker, Presiding

December 29, 2017

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before this court is the *Joint Agreed Motion to Reverse and Remand Pursuant to Settlement Agreement* in which the parties represent they have reached a settlement and request that we set aside the trial court's judgment and remand the cause for rendition of an agreed judgment. The motion is signed by counsel for all parties to this appeal. Pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(B), we grant the motion, reverse the trial court's judgment without passing on the merits of the appeal, and remand the cause to the trial court for rendition of judgment in accordance with the agreement of the parties. Having reversed the trial court's judgment at the request of the parties, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam